**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1912**

_____

ISMAHEEL OLUWASEUN SHOBOYEDE,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  July 18, 2024                          Decided:  July 31, 2024

_____

Before GREGORY and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:** Melvin L. Wright, YAZDANI LAW, LLC, Columbus, Ohio, for Petitioner. Brian Boynton, Principal Deputy Assistant Attorney General, Julie M. Iversen, Senior Litigation Counsel, Robert Michael Stalzer, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ismaheel Oluwaseun Shoboyede, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals dismissing Shoboyede's appeal from the Immigration Judge's (IJ) decision finding him removable[*] and ordering him removed from the United States. Shoboyede first asserts that his due process rights were violated because the IJ admitted a consular investigation report finding his Nigerian divorce decree fraudulent without affording him sufficient time to examine it. To establish a due process violation during removal proceedings, an alien must show: (1) "that a defect in the proceeding rendered it fundamentally unfair and (2) that the defect prejudiced the outcome of the case." *Anim v. Mukasey,* 535 F.3d 243, 256 (4th Cir. 2008). After thoroughly reviewing the record, we conclude that Shoboyede has not made either showing. Next, we find that substantial evidence supports the agency's finding of removability as charged. *Munyakazi v. Lynch*, 829 F.3d 291, 298 (4th Cir. 2016); *Xing Yang Yang v. Holder*, 770 F.3d 294, 302-03 (4th Cir. 2014).

Accordingly, we deny the petition for review. *In re Shoboyede* (B.I.A. Aug. 4, 2023). We dispense with oral argument because the facts and legal contentions are

---

[*] The agency found Shoboyede removable under 8 U.S.C. § 1227(a)(1)(A) because: (1) at the time of entry or adjustment of status, he was inadmissible under 8 U.S.C. § 1182(a)(6)(C)(i) as a noncitizen who had, by fraud or willfully misrepresenting a material fact, sought to procure or procured a visa, other documentation, admission into the United States, or other benefit provided under the Immigration and Nationality Act; and (2) at the time of entry or adjustment of status, he was inadmissible under 8 U.S.C. § 1182(a)(7)(A)(i)(I) because he was not in possession of a valid immigration or entry document.

2

adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*